BLAKELY OIL & FERTILIZER CO. *v.* CITY OF BLAKELY *et al.*

BECK, J. Under the evidence submitted, there was no abuse of discretion on the part of the trial judge in refusing the interlocutory injunction prayed.

*Judgment affirmed. All the Justices concur, except Fish, C. J., absent.*

APRIL 16, 1915.

Petition for injunction. Before Judge Worrill. Early superior court. July 27, 1914.

*Rambo & Wright,* for plaintiff.

*Glessner & Collins* and *Walter G. Park,* for defendants.